**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                  Civil Action No. 3:12-cv-01100-HLA-TEM

JOHN DOES 1-27,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF JOHN DOE 1**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe 1, ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 24.129.104.176. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 12, 2013

                                                      Respectfully submitted,

                                                      By:    /s/ *M. Keith Lipscomb*
                                                    M. Keith Lipscomb (429554)
                                                    klipscomb@lebfirm.com
                                                    Lipscomb, Eisenberg & Baker, PL
                                                    2 South Biscayne Boulevard
                                                    Penthouse 3800
                                                    Miami, FL  33131
                                                    Telephone:  (786) 431-2228
                                                    Facsimile:  (786) 432-2229
                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By:  /s/ *M. Keith Lipscomb*_____
                                             M. Keith Lipscomb